# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FARZAD DARUI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 11-cv-01371-ESH ) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) |
| Defendant. | ) ) ) |

## AFFIDAVIT OF SERVICE

I hereby declare that service of the complaint in the above-captioned case has taken place in the following manner:

The United States Attorney for the District of Columbia was served the complaint by first class certified mail, return-receipt requested on August 1, 2011.

Attached to this affidavit is the original receipt concerning service of the complaint on the United States Department of Justice.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 9th day of August, 2011,

_____/s/_____
Scott A. Hodes
(D.C. Bar No. 430375)
P.O. Box 42002
Washington, D.C. 20015
Phone (301) 404-0502
Fax (413) 641-2833

Attorney for Plaintiff

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Curly Sau_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>AUG 0 1 2011 |
| 1. Article Addressed to:<br><br>~~U.S. [illegible]~~<br>US Attorney for the<br>District of Columbia<br>555 4th St. NW<br>Washington, DC<br>20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>AUG 0 2 2011<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| 2. Article Number (Transfer from service label)<br>7011 0470 0000 0122 9752 | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540